# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MATTHEW DAVID FUGATE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82493 |
| MATTHEW DAVID FUGATE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82494 |

**FILED**

APR 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are appeals from district court orders denying appellant's motions to transfer jail time credits. Second Judicial District Court, Washoe County; Kathleen A. Sigurdson, Judge.

Because of a perceived jurisdictional defect, this court entered orders in each appeal directing appellant to show cause why the appeals should not be dismissed. In response, appellant's counsel has filed a motion and affidavit seeking to voluntarily dismiss the appeals on the ground that the parties have reached a resolution and that appellant has authorized the dismissal of both appeals. Having considered the response, attached district

 
21-10145

court order, and counsel's affidavit, the motion for voluntary dismissal is granted and this court

ORDERS these appeals DISMISSED.[1]



_____ , J.
Parraguirre

_____ , J.           _____ , J.
Stiglich                                    Silver

cc:    Hon. Kathleen A. Sigurdson, District Judge
       Karla K. Butko
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]The motion to consolidate is denied as moot.